IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

HOWARD WAYNE ALEXANDER, #K6335                                    PLAINTIFF

VERSUS                                 CIVIL ACTION NO. 4:09-cv-48-HTW-LRA

SANDRA ATWOOD, STEVEN BUTLER,
PATRICIA DUDLEY, FAYE NOEL AND
RON WILLIAM                                                      DEFENDANTS

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of September, 2009.

                                s/ HENRY T. WINGATE
                                CHIEF UNITED STATES DISTRICT JUDGE